FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAMERON FULTZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMBINED INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | No. 1:23-CV-03004-SAB<br><br>**ORDER GRANTING DISMISSAL AND CLOSING FILE** |

    Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 12. Plaintiff is represented by Neal E. Bonrud, Jr. Defendant is represented by Gregory S. Worden and Zachary M. Smith.

    The parties stipulate and agree that the above-mentioned matter should be dismissed with prejudice and without costs or attorneys' fees to any party.

//
//
//
//
//

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, ECF No. 12, is **GRANTED**.

2. The above-captioned action is **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

3. Any pending motions are **DISMISSED as moot**.

4. The trial date and any remaining pretrial deadlines are **STRICKEN** from the Court's calendar.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 7th day of August 2023.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING DISMISSAL AND CLOSING FILE # 2**